757

■
**Edmund W. VAUGHN et al., Appellants,**

v.

**LIBERTY MUTUAL INSURANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Jefferson Circuit Court; George B. Ryan, Judge.

Charles M. Leibson, Leibson, Dolt & McCarthy, P.S.C., Louisville, for appellants.

Kenneth L. Anderson, Woodward, Hobson & Fulton, Louisville, for appellee.

Memorandum Opinion by Justice MILLIKEN, Affirming.*

■
**Jerry Timothy JONES, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Boone Circuit Court; James R. Ford, Judge.

Howell W. Vincent, Covington, E. André Busald, Florence, for appellant.

Ed W. Hancock, Atty. Gen., John C. Ryan, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

■
**Paul SMITH, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Clay Circuit Court; Clay M. Bishop, Judge.

Eugene Watson, Irvine, for appellant.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice MILLIKEN, Affirming.*

■
**Lawrence "Fats" SPEARS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Pulaski Circuit Court; Lawrence S. Hail, Judge.

Lester H. Burns, Jr., William F. Moore, Jr., Somerset, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.